IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAUL ROSS, JEANETTE J. ANDREWS, and ARTRALIA B. ANDREWS, individually and on behalf of all others similarly situated, | : : : : : | CLASS ACTION |
| Plaintiffs, | : : | Honorable Donetta W. Ambrose |
| v. | : : : | Civil Action No. 05-0433 |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, | : : : | |
| Defendant. | : | |

### (PROPOSED) ORDER

AND NOW, this 8th day of July, 2005, upon consideration of the Stipulation for Extension of Time filed on July 7, 2005, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation for Extension of Time is GRANTED. Plaintiffs shall file their response to Defendant's Motions (Docket Nos. 9, 11, and 15) or the parties shall file a proposed order setting forth a discovery and briefing schedule on Defendant's Motions by July 13, 2005.

_____
The Honorable Donetta W. Ambrose