## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAUL ROSS, JEANETTE J. ANDREWS, and ARTRALIA B. ANDREWS, individually and on behalf of all others similarly situated, | : CIVIL ACTION NO. 05-0433 |
| Plaintiffs, | : CHIEF JUDGE AMBROSE |
| v. | : |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation, | : |
| Defendant. | : |

### ORDER

AND NOW, on this 28th day of November, 2005, upon consideration of defendant

METROPOLITAN LIFE INSURANCE COMPANY'S Emergency Motion for Leave to File

Under Seal its Reply Brief in Further Support of the Motion to Enforce Settlement Agreement

and Declaration of B. John Pendleton, Jr., and good cause being shown therefore, said Motion is

hereby GRANTED.

_____
Donetta W. Ambrose, U.S.D.J.